UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DENNY B. MCCOWAN,<br>    Petitioner,<br><br>-v-<br><br>MARY BERGHUIS,<br>    Respondent. | No. 1:12-cv-1377<br><br>HONORABLE PAUL L. MALONEY |

## **JUDGMENT**

Having dismissed the petition for habeas corpus on the basis that it is barred by the one-year statute of limitations, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Respondent and against Petitioner.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  March 8, 2013                                                                                           /s/ Paul L. Maloney
                                                                                                                           Paul L. Maloney
                                                                                                                           Chief United States District Judge